UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO.    2:21cr68 |
| v. ) | |
| ) | 18 U.S.C. § 1462 |
| MICHAEL A. CHRISTIANSON ) | |

**INFORMATION**

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
[Transportation of Obscene Matters]

Between on or about June 22, 2019 and on or about July 2, 2019, in the Northern District of Indiana and elsewhere, the defendant,

**MICHAEL A. CHRISTIANSON,**

did knowingly use an interactive computer service for carriage in interstate and foreign commerce one or more obscene matters, to wit: a children's book titled "A Beautiful, Daring, Very Amazing, Barely Naked, Body Book!" which he authored, the carriage of which in interstate and foreign commerce is unlawful.

All in violation of Title 18, United States Code, Section 1462.

1

**THE UNITED STATES ATTORNEY FURTHER CHARGES:**

## COUNT 2
[Transportation of Obscene Matters]

Between on or about June 22, 2019 and on or about July 2, 2019, in the Northern District of Indiana and elsewhere, the defendant,

**MICHAEL A. CHRISTIANSON,**

did knowingly use an interactive computer service for carriage in interstate and foreign commerce one or more obscene matters, to wit: a children's book titled "Hey Uncle Buck! What is a boy? What is a girl?" which he authored, the carriage of which in interstate and foreign commerce is unlawful.

All in violation of Title 18, United States Code, Section 1462.

**THE UNITED STATES ATTORNEY FURTHER CHARGES:**

## COUNT 3
[Transportation of Obscene Matters]

Between on or about June 22, 2019 and on or about July 2, 2019, in the Northern District of Indiana and elsewhere, the defendant,

**MICHAEL A. CHRISTIANSON,**

did knowingly use an interactive computer service for carriage in interstate and foreign commerce one or more obscene matters, to wit: a children's book titled "Grandpa Has a Ding-a-ling (for those who care)" which he authored, the carriage of which in interstate and foreign commerce is unlawful.

All in violation of Title 18, United States Code, Section 1462.

**THE GRAND JURY FURTHER CHARGES:**

## OBSCENITY FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1-3 this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 1467.

2. Upon conviction of the offenses in violation of Title 18, United States Code, Section 1462 set forth in Counts 1-3 of this Information, the defendant, MICHAEL A. CHRISTIANSON, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 1467, any interest in:

   a) any obscene material produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 71;

   b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

   c) any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

3. The property to be forfeited includes, but is not limited to, the following:

   a) Hewlett Packard Computer Tower S/N 2UA4451DFK;

   b) WD 1 TB Drive (damaged) S/N WXD1A889AYHN;

   c) Samsung cell phone with black Otterbox case (unlock pattern 74153698);

   d) Infinitive 32 GB thumb drive S/N 916607;

   e) ZTE Model N818S cellphone S/N 320376148553;

   f) All electronic data acquired by the government via search warrant; and

   g) Miscellaneous notes and books seized from the defendant's residence by law enforcement.

All pursuant to 18 U.S.C. § 1467.

APPROVED:

TINA L. NOMMAY
ACTING UNITED STATES ATTORNEY

By: */s/ Jill Koster*
JILL R. KOSTER

By: */s/ Molly Kelley*
MOLLY A. KELLEY

Assistant United States Attorneys
United States Attorney's Office
5400 Federal Plaza, Suite 1500
Hammond, IN 46340
Telephone: 219-937-5500